RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE LANSING, an individual,<br><br>    Plaintiff,<br>v.<br><br>CALIBER HOME LOANS, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-01840-WBS-KJN<br><br>ORDER ON STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT AND CONTINUE STATUS CONFERENCE |

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that:

1. The deadline for defendant Caliber Home Loans, Inc. to respond to the Complaint is continued from August 11, 2016, up to and including October 11, 2016.

SO ORDERED.

Dated: August 9, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**TroyGould PC**

1

[PROPOSED] ORDER

01425-0241 284692.1