RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE LANSING, an individual,<br><br>          Plaintiff,<br>     v.<br><br>CALIBER HOME LOANS, INC., and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:16-cv-01840-WBS-KJN<br><br>ORDER ON STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT AND CONTINUE STATUS CONFERENCE |

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that the deadline for defendant Caliber Home Loans, Inc. to respond to the Complaint is continued from October 11, 2016, up to and including December 12, 2016.

SO ORDERED.

Dated: October 12, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**TroyGould PC**

1

[PROPOSED] ORDER

01425-0241 286442.1