RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:    (310) 553-4441
Facsimile:    (310) 201-4746

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE LANSING, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-01840-WBS-KJN<br><br>ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND DEADLINE FOR DEFENDANT CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT |

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that:

1. The deadline for Caliber to respond to the Complaint, is continued from December 12, 2016, up to and including February 10, 2017;

2. The last day for the parties to meet and confer pursuant to Rule 26(f) is continued up to and including January 27, 2017;

3. The last day to file the Joint Status Report is continued up to and including **February 13, 2017**; and

4. The Scheduling Conference is continued from December 19, 2016 to **February 27, 2017 at 1:30 p.m.** (or as soon thereafter as the Court may schedule it).

**TroyGould PC**

1

[PROPOSED] ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE
AND EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT

01425-0241 287991.1

1  SO ORDERED.

3  Dated:  November 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**TroyGould PC**

2
[PROPOSED] ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE
AND EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT

01425-0241  287991.1