RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Defendant
Caliber Home Loans, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE LANSING, an individual,<br><br>         Plaintiff,<br>   v.<br><br>CALIBER HOME LOANS, INC., and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. 2:16-cv-01840-WBS-KJN<br><br>ORDER ON EX PARTE APPLICATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND DEADLINE FOR DEFENDANT CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT |

**TroyGould PC**

[PROPOSED] ORDER ON EX PARTE APPLICATION

01425-0241 290356.1

Pursuant to the ex parte application of defendant Caliber Home Loans, Inc. ("Caliber") and good cause appearing therefor,

IT IS ORDERED that:

1. The deadline for Caliber to respond to the Complaint, is continued from February 10, 2017, up to and including April 12, 2017;

2. The last day for the parties to meet and confer pursuant to Rule 26(f) is continued up to and including March 27, 2017;

3. The last day to file the Joint Status Report is continued up to and including April 10, 2017; and

4. The Scheduling Conference be continued from February 27, 2017 to April 24, 2017 at 1:30 p.m.

SO ORDERED.

Dated:  January 30, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE