RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE LANSING, an individual,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CALIBER HOME LOANS, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01840-WBS-KJN<br><br>ORDER ON EX PARTE APPLICATION TO EXTEND THE DEADLINE FOR DEFENDANT CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT |

Pursuant to the ex parte application of defendant Caliber Home Loans, Inc. ("Caliber") and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadline for Caliber to respond to the Complaint is continued from April 12, 2017, up to and including July 10, 2017.  The Scheduling Conference is dropped from the calendar.  A Joint Status Report shall be filed no later than August 14, 2017.

Dated:  April 7, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**TroyGould PC**

1
[PROPOSED] ORDER ON EX PARTE APPLICATION TO EXTEND THE DEADLINE FOR DEFENDANT
CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT

01425-0241  293026.1