RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:  (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE LANSING, an individual,<br><br>  Plaintiff,<br>  v.<br><br>CALIBER HOME LOANS, INC., and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:16-cv-01840-WBS-KJN<br><br>[~~PROPOSED~~]<br><br>ORDER ON EX PARTE APPLICATION FOR: (1) AN ORDER EXTENDING THE JULY 10, 2017 DEADLINE FOR DEFENDANT CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT; AND (2) AN ORDER SETTING STATUS CONFERENCE<br><br>Assigned To: William B. Shubb |

**TroyGould PC**

[PROPOSED] ORDER ON EX PARTE APPLICATION

01425-0241 295919.1

Pursuant to the ex parte application of defendant Caliber Home Loans, Inc. ("Caliber") and good cause appearing therefor,

IT IS ORDERED that:

1. The deadline for Caliber to respond to the Complaint, is continued from July 10, 2017, up to and including September 8, 2017; and

2. The Court sets a Status Conference for **November 6, 2017, at 1:30 p.m.** in Courtroom 5.

3. A Joint Status Report shall be filed no later than **October 23, 2017**.

SO ORDERED.

Dated: July 7, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE