RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:  (310) 553-4441
Facsimile:  (310) 201-4746

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE LANSING, an individual,<br><br>　　　　　Plaintiff,<br>　　v.<br>CALIBER HOME LOANS, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01840-WBS-KJN<br><br>ORDER ON STIPULATION TO EXTEND DEADLINE FOR DEFENDANT CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT BY THIRTY DAYS |

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that defendant Caliber Home Loans, Inc. has up to and including October 11, 2017 to respond to the complaint in this action.

SO ORDERED.

Dated: September 5, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**TroyGould PC**

1

[PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINE FOR DEFENDANT CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT BY THIRTY DAYS

01425-0241  298096.1