RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE LANSING, an individual,<br><br>        Plaintiff,<br>   v.<br><br>CALIBER HOME LOANS, INC., and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:16-cv-01840-WBS-KJN<br><br>ORDER ON STIPULATION TO CONTINUE THE DEADLINE TO SERVE INITIAL DISCLOSURES |

    Pursuant to the stipulation of the Parties, and good cause appearing therefor,

    IT IS ORDERED that the deadline to serve Initial Disclosures is continued to November 28, 2017.

Dated: September 28, 2017

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE