RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE LANSING, an individual,<br><br>　　　　　Plaintiff,<br>　　v.<br>CALIBER HOME LOANS, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01840-WBS-KJN<br><br>ORDER ON STIPULATION TO CONTINUE THE DEADLINE TO SERVE INITIAL DISCLOSURES |

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that the deadline to serve Initial Disclosures is continued to January 2, 2018.

SO ORDERED.

Dated: November 20, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE