AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

<u>Eastern</u> District of <u>California</u>

Lucille Lansing

        Plaintiff (s),

V.

Caliber Home Loans

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: <u>2:16-CV-01840</u>

Notice is hereby given that, subject to approval by the court, <u>Lucille Lansing</u> substitutes
                                                                                           (Party (s) Name)

<u>Danny A. Barak and United Law Center</u>, State Bar No. <u>252066</u> as counsel of record in
     (Name of New Attorney)

place of <u>Mae-Elaine Quijano Ednalaga and Tala Rezai</u>.
                                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     United Law Center
    Address:     1390 Lead Hill Blvd., Roseville, CA 95661
    Telephone:     (916) 367-0630     Facsimile (916) 865-0817

    E-Mail (Optional):     dbarak@unitedlawcenter.com

I consent to the above substitution.     /s/Lucille Lansing
Date:   November 30, 2017     (Original client's signature has been obtained by attorney Danny A. Barak)
                                                                          (Signature of Party (s))

I consent to being substituted.     /s/ Mae-Elaine Quijano Ednalaga
Date:   November 30, 2017     /s/ Tala Rezai
                                                                       (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   November 30, 2017
                                                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   December 1, 2017     /s/ John A. Mendez for William B. Shubb
                                                                            Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Print     Save As     Export as FDF     Retrieve FDF File     Reset