David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Aaron R. Goldstein, Bar No. 239423
AGoldstein@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILE LANSING,<br><br>             Plaintiff,<br><br>     v.<br><br>CALIBER HOME LOANS, INC.,<br><br>             Defendant. | Case No. 2:16-cv-01840-WBS-KJN<br><br>**ORDER EXPUNGING NOTICE OF PENDING ACTION**<br><br>Ctrm.:  5, 14th Floor<br>Judge:  Hon. William B. Schubb |

-1-

156169632.1

ORDER

There being no objection to the *Ex Parte* Application of defendant Caliber Home Loans, Inc. ("Caliber"), and the Court, having fully considered all relevant documents, authorities, evidence and oral arguments presented by Plaintiff and Caliber, by and through their respective attorneys, and good cause having been shown,

**IT IS HEREBY ORDERED** that the Notice of Pendency of Action, recorded in the Sacramento County Recorder's Office on July 20, 2016, as Document Number 201607200826, pertaining to real property located at 50 Covered Bridge Road, Carmichael, CA 95608 (APN 283-0520-001) is hereby **EXPUNGED**; and

**IT IS FURTHER ORDERED** that this Order shall be recorded in the Official Records of the Sacramento County Recorder.

**IT IS SO ORDERED.**

Dated:  March 28, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated: March 15, 2022

Respectfully submitted by:

/s/ Aaron R. Goldstein
Aaron R. Goldstein

-2-

ORDER

156169632.1